IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1-23-01897 |
| RUSSELL OWEN ELGIN, JR. | : | |
| Debtors. | : | CHAPTER 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| RUSSELL OWEN ELGIN, JR. | : | |
| Movant, | : | |
| vs. | : | |
| Carrington Mortgage Services, LLC | : | |
| Respondent | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, Russell Owen Elgin, Jr., being first duly sworn according to law, do depose and state the following:

I previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No. 5-19-03493. Said case was dismissed on June 15, 2023.

Since the dismissal of the previous bankruptcy, my monthly income has increased from Social Security benefits to allow me to fund the Chapter 13 Plan.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/31/23

_Russell Owen Elgin, Jr._
Russell Owen Elgin, Jr.

**STATE OF PENNSYLVANIA** ~~WV~~ :

**COUNTY OF LACKAWANNA** ~~Jefferson~~ :ss.

On this, the ___31___ day of ___August___ 2023, personally appeared before me, a Notary Public, in and for the said County and State, the above-named **Russell Owen Elgin, Jr.**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument as "Agent", and who acknowledged the foregoing instrument to be his act and deed and desire the same might be recorded as such according to law.

**IN WITNESS WHEREOF,** I have signed my name and affixed my seal on the day and year aforesaid.

_____
Notary Public

My Commission Expires: 1-9-24

OFFICIAL SEAL
Jennifer L. Hickey
Notary Public
State of West Virginia
My Commission Expires
January 09, 2024
7867 MARTINSBURG PIKE
SHEPHERDSTOWN WV 25443