United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                Case No. 23-01897-MJC
Russell Owen Elgin, Jr.                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 2
Date Rcvd: Sep 15, 2023                        Form ID: pdf010                         Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Russell Owen Elgin, Jr., 64 Stained Cedar Court, Martinsburg, WV 25404-0464 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5561633 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 15 2023 18:39:00 | Carrington Mortgage Services, LLC, P.O. Box 5001, Westfield, NY 46074-5001 |
| 5561634 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 15 2023 18:39:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 5564309 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2023 18:45:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5561635 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2023 18:45:02 | Resurgent Capital Services, 15 S. Main St., Suite 600, Greenville, SC 29601-2768 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |

Denise E. Carlon

on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-5 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

Tullio DeLuca

on behalf of Debtor 1 Russell Owen Elgin  Jr. tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
**************************************************************************

IN RE:                                    :    CASE NO. 1:23-01897-MJC
RUSSELL OWEN ELGIN, JR.                   :
                          Debtor.         :    CHAPTER 13
**************************************************************************
                                          :
RUSSELL OWEN ELGIN, JR.                   :
                          Movant,         :
                                          :
        vs.                               :
CARRINGTON MORTGAGE                       :
SERVICES, LLC                             :
                          Respondent      :
**************************************************************************
                               **ORDER**
**************************************************************************

     Upon consideration of the Debtor's Motion to Extend the Automatic Stay, Dkt. # 9 ("Motion"), no responses having been filed thereto, and after a hearing held on September 14, 2023, it is hereby

     **ORDERED** that the Motion is **GRANTED**; and it is further

     **ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 14, 2023