## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

RUSSELL OWEN ELGIN, JR.
* Debtor(s)

Case Number: **1-23-01897**
Chapter: **13**

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Debtor's Chapter 13

Plan was mailed today to all parties named on the mailing list attached hereto by

regular first class mail.

DATED: December 5, 2023

SIGNED: _Lisa Manchak_

TITLE: _/s/Legal Assistant_

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Russell Owen Elgin Jr.,
aka Russell Elgin Jr., aka Russell O. Elgin Jr., aka
Russell Elgin, aka Russell O. Elgin, aka Russell Owen
Elgin,

    Debtor 1

Chapter    13

Case No.    1:23-bk-01897-MJC

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on August 23, 2023. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: December 1, 2023

orcnfpln(05/18)

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Carrington Mortgage Services, LLC
PO Box 5001
Westfield, NY 46074-5001

Credit Collection Services
PO Box 607
Norwood, MA 02062-0607

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

United States Trustee
US Courthouse
1501 N. 6th St.
Harrisburg, PA 17102-1104

Resurgent Capital Services
15 S. Main St., Suite 600
Greenville, SC 29601-2768

THE BANK OF NEW YORK MELLON, at. el
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5948