# TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

December 22, 2023

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    **In Re: Lauren Miskovic**
    **Chapter 13 Bankruptcy**
    **Case No. 5-17-02292**

Dear Sir/Madam:

  I have received returned mail for PA American Water a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 578 Alton, IL 62002-0578 The correct information is as follows:

    PA American Water
    P.O. Box 371412
    Pittsburgh, PA 15250-7412

I served the Notice 8th Amended Chapter 13 Plan at the above address on November 28,2023 Please correct the mailing matrix.

Thank you for assistance in this matter.

    Very truly yours,

    /s/ Tullio DeLuca, Esquire

TD/kc