IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Russell Owen Elgin Jr. aka Russell O. Elgin, Jr. aka Russell Elgin, Jr. aka Russell Elgin aka Russell Owen Elgin aka Russell O. Elgin | CASE NO.: 23-01897 |
| Debtor | CHAPTER 13 |
| | Judge: Mark J. Conway |
| Carrington Mortgage Services, LLC as Servicer for The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, INC., Asset-Backed Certificates, Series 2004-5 v. | Hearing Date: Objection Deadline: |
| Russell O. Elgin Jr. aka Russell O. Elgin, Jr. aka Russell Elgin, Jr. aka Russell Elgin aka Russell Owen Elgin aka Russell O. Elgin Jack N. Zaharopoulos Respondents | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE that the undersigned hereby appears in the above-caption Chapter 13 case on behalf of Carrington Mortgage Services, LLC as Servicer for The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, INC., Asset-Backed Certificates, Series 2004-5, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:**

FRIEDMAN VARTOLO LLP
Attorneys for Carrington Mortgage Services, LLC
as Servicer for The Bank of New York Mellon,
F/K/A The Bank of New York as Trustee for
Registered Holders of CWABS, INC., Asset-Backed
Certificates, Series 2004-5
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal, or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: April 7, 2026

By: /s/ Lauren M. Moyer, Esq.

Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Russell Owen Elgin Jr. aka Russell O. Elgin, Jr. aka Russell Elgin, Jr. aka Russell Elgin aka Russell Owen Elgin aka Russell O. Elgin | CASE NO.: 23-01897 |
| Debtor | CHAPTER 13 |
| | Judge: Mark J. Conway |
| Carrington Mortgage Services, LLC as Servicer for The Bank of New York Mellon, F/K/A The Bank of New York as Trustee for Registered Holders of CWABS, INC., Asset-Backed Certificates, Series 2004-5 v. | Hearing Date: |
| | Objection Deadline: |
| Jack N. Zaharopoulos - Bankruptcy Trustee | |
| Respondents | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 7, 2026.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the

full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

By:   /s/ Lauren M. Moyer, Esq.

Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by Regular Mail**

Russell O. Elgin Jr. aka Russell O. Elgin, Jr. aka Russell Elgin, Jr. aka Russell Elgin aka Russell Owen Elgin aka Russell O. Elgin
1580 SR 307
Dalton, PA 18414
Bankruptcy Debtor

**Service by NEF**

Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Bankruptcy Trustee

Tullio DeLuca
4113 Birney Ave., Suite 2
Moosic, PA 18507
Attorney

United States Trustee
1501 N. 6th St
Harrisburg, PA 17102
United States Trustee